UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


FILED
MAY 11 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>DAJON JOVONTAY KEE,<br><br>Defendant. | Case No. 4:18-mj-70637-MAG-1 (DMR)<br><br>Charging District:<br>District of Nevada, Las Vegas<br><br>Charging District's Case No.:<br>2:18-mj-0339-PAL |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Lloyd D. George U.S. Courthouse<br>U.S. District Court, District of Nevada<br>333 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | Courtroom No.: #3A<br>Magistrate Judge Peggy A. Leen<br>Date and Time: May 24, 2018 2:30 PM |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 11, 2018

_____
DONNA M. RYU
United States Magistrate Judge

cc: Copy to parties via ECF, Pret. Svcs.;
Chambers of Mag. Judge Peggy A. Leen